**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| STEVEN FRIEDMAN, M.D., INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF GAIL FRIEDMAN, DECEASED, | : | No. 60 MAL 2018 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| BRYN MAWR HOSPITAL, ALLISON WILLIAMS, PA, CHRISTOPHER X. DALY, MD, GEORGE J. HART, MD, GRAHAME C. GOULD, MD, ANCY SKARIAH, DO, ROSEMARY A. COOK, MD AND MAIN LINE HOSPITALS, INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.